No. 86–6554. CARWILE v. KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 86–6557. RILEY v. CITY OF JUNCTION CITY, KANSAS. Sup. Ct. Kan. Certiorari denied.

No. 86–6576. GOPMAN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 86–6701. KOENIG v. IOWA. Sup. Ct. Iowa. Certiorari denied.

No. 86–6713. WILLIAMS v. BLACKBURN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 86–6721. BROWN v. DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 86–6722. JONES v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 86–6725. BRYANT v. KANSAS. Sup. Ct. Kan. Certiorari denied.

No. 86–6728. EVANS v. OBERLE-JORDRE CO., INC. C. A. 7th Cir. Certiorari denied.

No. 86–6729. DORRILL v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 86–6730. TURNER v. FUERST. C. A. 6th Cir. Certiorari denied.

No. 86–6736. FIXEL v. SLANSKY ET AL. C. A. 9th Cir. Certiorari denied.

No. 86–6738. HAMMOND v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 86–6739. BATTLES v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 86–6740. CHARRETTE v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.